THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON 
 AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Devin Jamaal Kershaw, Appellant.
 
 
 

Appeal From Richland County
 Reginald I. Lloyd, Circuit Court Judge

Unpublished Opinion No. 2004-UP-586
Submitted November 1, 2004  Filed November 
 17, 2004

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda P. Hagler, of Columbia, for Appellant
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. 
 McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; 
 and Solicitor Warren Blair Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Devin Jamaal Kershaw appeals his conviction for armed robbery, 
 kidnapping, financial transaction card theft, and use of a firearm during the 
 commission of a violent crime.  Kershaws appellate counsel has petitioned to 
 be relieved as counsel, stating she has reviewed the record and has concluded 
 Kershaws appeal is without merit.  The sole issue briefed by counsel concerns 
 whether the circuit court adequately informed Kershaw of the possible sentencing 
 consequences before accepting his plea, as required under Boykin v. Alabama, 
 395 U.S. 238 (1969).  Kershaw did not file a separate pro se reply brief.
After a review of the record as required by Anders v. California, 386 
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we hold there are no directly appealable issues that are arguable on 
 their merits.  Accordingly, we dismiss this appeal and grant counsels petition 
 to be relieved.[1]
APPEAL DISMISSED.
HUFF, KITTREDGE, and BEATTY, JJ., concur.   

 
  1  We decide this case without oral argument pursuant to Rules 
 215 and 220(b)(2), SCACR.